No. 51. ANDREW P. VOUGHT *v.* K. K. KANNE, TRUSTEE. On writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit. October 3, 1927. Dismissed with costs on motion of *Mr. Charles Bunn* for petitioner. *Mr. Charles B. Elliott* for respondent.

No. 132. THE WICHITA BOARD OF TRADE *v.* THE FARMER'S CO-OPERATIVE COMMISSION COMPANY AND A. E. RANDALL. Error to the Supreme Court of the State of Kansas. October 3, 1927. Dismissed with costs on motion of *Mr. Ray Campbell,* for plaintiff in error. *Messrs. Fred S. Jackson* and *John W. Davis* for defendants in error.

No. 273. SEABOARD AIR LINE RAILWAY COMPANY v. STATE OF FLORIDA, EX REL. A. S. WELLS ET AL. On petition for a writ of certiorari to the Supreme Court of the State of Florida. October 3, 1927. Dismissed with costs per stipulation of counsel. *Mr. James F. Wright* for petitioner. No appearance for respondents.

No. 467. NICOLA SACCO AND BARTHOLOMEO VANZETTI *v.* COMMONWEALTH OF MASSACHUSETTS. On petition for a writ of certiorari to the Superior Court of the State of Massachusetts. October 3, 1927. Dismissed on motion of *Messrs. Arthur D. Hill, Elias Field,* and *Michael A. Musmanno* for petitioners. No appearance for respondent.

No. 468. NICOLA SACCO AND BARTHOLOMEO VANZETTI *v.* COMMONWEALTH OF MASSACHUSETTS. On petition for a writ of certiorari to the Supreme Judicial Court of the State of Massachusetts. October 3, 1927. Dismissed on motion of *Messrs. Arthur D. Hill, Elias Field,* and *Michael A. Musmanno* for petitioners. No appearance for respondent.